UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:07-21367-CIV-SEITZ

JANE DOE, by and through
JANE DOE's MOTHER and FATHER
as parents and natural guardians, and JANE
DOE's MOTHER and JANE DOE's FATHER,
individually,

        Plaintiffs,

vs.

SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA and DR. SAM SCAVELLA,

        Defendants.

_____/

### DEFENDANT, SAM SCAVELLA'S NOTICE OF JOINDER TO SCHOOL BOARD OF BROWARD COUNTY'S MOTION IN LIMINE TO PRECLUDE DR. DAVID BRODZINSKY FROM TESTIFYING

COMES NOW the Defendant SAM SCAVELLA, by and through his undersigned attorneys, gives notice of his Joinder to Defendant School Board of BrowardCounty's Motion in Limine to Preclude Dr. David Brodzinsky from testifying as an expert witness regarding Foreseeability and Preventability of Incident.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 22nd day of December, 2008, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

HALICZER, PETTIS & SCHWAMM, P.A.
Attorneys for Defendant SAM SCAVELLA
One Financial Plaza - Seventh Floor
Fort Lauderdale, FL 33301
Telephone: (954) 523-9922
Facsimile: (954) 522-2512

By: _____
    EUGENE K. PETTIS
    FLA BAR NO: 508454
    KENNETH J. MILLER
    FLA BAR NO: 865583

EKP/KJM/lpg

F:\CASEFOLDERS\1025.0641\N-Joinder M-Limine.wpd

**DOE vs. SBBC**
**CASE NO.: 07-21367-CIV-SEITZ/MCALILEY**
UNITED STATES DISTRICT COURT
OUR FILE #1025.0641

Jeffrey M. Herman, Esq.
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
*Attorneys for Plaintiff*
Telephone: 305-931-2200
Fax: 305-931-0877

Michael T. Burke, Esq.
Johnson Anselmo Murdoch, et al.
2455 E. Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
*Attorneys for School Board of Broward County*
Telephone: 954-463-0100
Fax: 954-463-2444